*JOHNSON v. MICRO-MOM SCOOTERS, LLC*

**EXHIBIT A TO**

**DEFENDANT'S NOTICE OF REMOVAL**

| | |
|---|---|
| DISTRICT COURT, DOUGLAS COUNTY, COLORADO<br>Douglas County Courthouse<br>4000 Justice Way, Ste. 2009<br>Castle Rock, CO 80109 | DATE FILED: September 11, 2020 2:05 PM<br>FILING ID: 24BB67E72A637<br>CASE NUMBER: 2020CV30722 |
| **Plaintiff:**<br>MICHAEL ANTHONY JOHNSON, JR.<br>vs.<br>**Defendant:**<br>MICRO-MOM SCOOTERS, LLC | ▲ COURT USE ONLY ▲ |
| **PURVIS • GRAY • THOMSON, LLP**<br>Michael J. Thomson, Reg. No. 33592<br>4410 Arapahoe Avenue, Suite 200<br>Boulder, Colorado 80303<br>Telephone (303) 442-3366<br>Fax (303) 440-3688<br>mthomson@purvisgray.net<br>*Attorneys for Plaintiffs* | Case No. |
| **COMPLAINT AND JURY DEMAND** ||

Plaintiff Michael Anthony Johnson, Jr. ("Bo Johnson"), by and through his attorneys, PURVIS • GRAY • THOMSON, LLP, for his Complaint herein alleges the following.

## I. JURISDICTIONAL ALLEGATIONS

1.      This is an action to recover damages arising from severe personal injuries sustained by Plaintiff as a result of an incident that occurred on September 28, 2018 in Douglas County, Colorado.

2.      Plaintiff Bo Johnson is a resident of Highlands Ranch, Douglas County, Colorado.

3.      Defendant Micro-Mom Scooters, LLC ("Micro Kickboard") is a limited liability company organized and existing under the laws of the state of Michigan. Defendant's assumed name is Micro Kickboard or Kickboard USA.

4.      Venue is proper in this Court pursuant to C.R.C.P. 98(c)(2) because the relevant goods were sold and delivered to Plaintiff's residence in Douglas County, Colorado.

## II. GENERAL ALLEGATIONS

5.      On November 25, 2017, Plaintiff's spouse purchased a foldable push scooter called

the Micro Kickboard Speed Silver (SKU: SA0142) ("Scooter") for Plaintiff's daughter directly from Micro Kickboard.

6.     On the afternoon of Friday, September 28, 2018, Plaintiff left his home in Highlands Ranch to go meet his children after school at the local elementary school. He decided to ride his bike and carry along the Scooter so that his children would not have to walk home. The Scooter was the same Micro Kickboard foldable push scooter that was purchased for his daughter by his wife on November 25, 2017. Plaintiff left his home carrying the Scooter in his right hand in the folded up position. About one mile from his home, while exiting the main road from their neighborhood, something caused his bicycle to crash and Plaintiff suddenly went over the handlebar of the bike. It happened so quickly and unexpectedly that he did not have time to brace for the fall. His head hit the concrete. When he fell to concrete, the edge of the board on the Scooter sliced his right internal jugular vein and caused a number of other lacerations.

7.     As a result, Plaintiff Bo Johnson incurred the following injuries, damages, and losses, without limitation:

        (a)     Laceration of right internal jugular vein;

        (b)     laceration of right ear;

        (c)     laceration of forehead;

        (d)     laceration of muscle, fascia, and tendon at neck level;

        (e)     physical and mental pain and suffering, past and future;

        (f)     loss of life enjoyment and impairment of quality of life, past and future;

        (g)     permanent physical impairments;

        (h)     loss of earnings and earning capacity, past and future;

        (i)     medical, hospital, therapy and related expenses, past and future.

8.     Plaintiff is entitled to recover for those injuries, damages, and losses in amounts sufficient to compensate him for same.

### III.  CLAIM FOR RELIEF
### (Strict Product Liability)

9.     All preceding allegations contained in this Complaint are incorporated herein by this

2

reference.

10.     The Scooter was manufactured by Defendant.

11.     As a result of the design of the scooter, the board on the Scooter with normal use became extremely sharp and dangerous.

12.     The Scooter was defective and unreasonably dangerous at the time it left Defendant control in at least the following particulars:

> (a)     Defendant failed to provide adequate warnings and/or instructions on use which informed the ordinary user of the risk of harm from the use of the Scooter by Plaintiff.
>
> (b)     Defendant failed to provide instructions on use adequate and sufficient to prevent against the events and injuries alleged above.
>
> (c)     Defendant failed to provide adequate methods to prevent occurrence of the above alleged events and injuries.

13.     The Scooter was expected to and did reach Plaintiff without substantial change in its pertinent condition at the time of its manufacture.

14.     Plaintiff was a person who would reasonably be expected to use or be affected by the assembly equipment.

15.     The Scooter's defective and unreasonably dangerous condition was a direct and proximate cause of Plaintiff's injuries, damages, and losses.

16.     Defendant is liable for Plaintiff's injuries, damages, and losses under the doctrine of strict liability.

WHEREFORE, Plaintiff prays for judgment against Defendant in an amount sufficient to compensate Plaintiff for his injuries, damages, and losses, pre and post-judgment interest as provided by law, expert witness fees, costs, and such other and further relief as the Court deems appropriate.

## JURY DEMAND

### PLAINTIFF HEREBY DEMANDS TRIAL
### TO A JURY OF SIX (6) ON ALL ISSUES SO TRIABLE.

Dated this 11ᵗʰ day of September, 2020

3

**PURVIS • GRAY • THOMSON, LLP**

*Original Signature of Michael J. Thomson on file at the offices of Purvis • Gray • Thomson, LLP*

By   s/Michael J. Thomson

Michael J. Thomson

Address of Plaintiff:
10655 Ashwood Court
Highlands Ranch, CO 80129

4