IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03174-RM-MEH

MICHAEL ANTHONY JOHNSON, JR.

    Plaintiff,

v.

MICRO-MOM SCOOTERS, LLC

    Defendant.

___

## STIPULATION FOR DISMISSAL WITH PREJUDICE
___

    COME NOW, Plaintiff, Michael Anthony Johnson, Jr., and Defendant, Micro-Mom Scooters, LLC, by and through their respective undersigned counsel, and hereby stipulate to dismissal of the within action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with prejudice, and with each party to bear its own costs and fees in this matter.

    Respectfully submitted this 20th day of July, 2022.

| | |
|---|---|
| *s/ Jeremy L. Swift* | *s/ Michael J. Thomson* |
| Jeremy L. Swift | Michael J. Thomson |
| TREECE ALFREY MUSAT P.C. | PURVIS GRAY THOMSON, LLP |
| 633 17th Street, Suite 2200 | 4410 Arapahoe Avenue, Suite 200 |
| Denver, Colorado 80202 | Boulder, Colorado 80303 |
| Phone: (303) 292-2700 | Phone: (303) 442-3366 |
| Fax: (303) 295-0414 | Fax: (303) 440-3688 |
| jswift@tamlegal.com | mthomson@purvisgray.net |
| *Attorney for Defendant* | *Attorney for Plaintiff* |

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 20th day of July, 2022, a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** was electronically filed with the Court using the CM/ECF system, which will send automatic notification to the following counsel of record:

Michael J. Thomson, Esq.
Purvis Gray Thomson, LLP
4410 Arapahoe Avenue, Suite 200
Boulder, Colorado 80303
*Attorney for Plaintiff*

*Original signature on file*

*/s/ Jeremy Swift*
_____

2